# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:08CR6** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **JOSEPH HAMILTON** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the U.S. Probation Office, the U. S. Attorney's Office, the U. S. Marshal's Service, and defense counsel.

Signed: March 10, 2008

Lacy H. Thornburg
United States District Judge